**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:
CARLOS GENARO AYLLON                                    CASE NO. 13-29013
DIANA AYLLON                                            CHAPTER 13
   Debtor(s)
_____/

**NOTICE OF CHANGE OF ADDRESS**

   PLEASE TAKE NOTICE that the undersigned hereby files this Notice of Change of Address. Effective immediately, all future correspondence, pleadings, notices, and any other Court filings should be directed only to the following address:

               1250 SW 27th Avenue, Suite 306
               Miami, FL 33135

**CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that the undersigned shall serve a copy of this ex-parte motion by either electronic transmission or by U.S. Mail this 20th day of October 2015, upon Robin Weiner, Trustee and all creditors.

               _/s/ Aubrey G. Rudd_
               **Aubrey G. Gudd, Esq.**
               FL Bar No. 885207
               1250 SW 27th Ave., #306
               Miami, FL 33135
               Tel 786.360.6733 Fax 786.360.6735
               EMAIL: ruddlawgroup@mail.com